# IN THE SUPREME COURT OF PENNSYLVANIA

IN RE:                                    :        NO. 139
                                          :
    AMENDMENT OF RULE            :        DISCIPLINARY RULES
    219 OF THE PENNSYLVANIA      :
    RULES OF DISCIPLINARY        :        DOCKET
    ENFORCEMENT                  :
                                          :


## ORDER


**PER CURIAM**

    **AND NOW**, this 17th day of March, 2016, upon the recommendation of the Disciplinary Board of the Supreme Court of Pennsylvania; the proposal having been submitted without publication in the interests of justice pursuant to Pa.R.J.A. No. 103(a)(3):

    **IT IS ORDERED** pursuant to Article V, Section 10 of the Constitution of Pennsylvania that Rule 219 of the Pennsylvania Rules of Disciplinary Enforcement is amended in the attached form.

    This **ORDER** shall be processed in accordance with Pa.R.J.A. No. 103(b), and shall be effective in 30 days.


Material to be added is bolded and underlined.
Material to be deleted is bolded and in brackets